UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ilaria Bordonaro Herzan and Scott Herzan, | File No. 25-cv-4715 (ECT/DLM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Kristi Noem, *Secretary of the U.S. Department of Homeland Security, in her official capacity*, Joseph B. Edlow, *Director of U.S. Citizenship and Immigration Services, in his official capacity*, and Tina Swanson, *Field Office Director, United States Citizenship and Immigration Services, in her official capacity*, | |
| Defendants. | |

Plaintiffs have moved to dismiss their case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 5. Dismissal under that rule is effective if the plaintiff files "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). No defendant has served an answer or motion for summary judgment. *See* Dkt. Therefore, **IT IS ORDERED THAT**:

1. Plaintiffs' Motion to Dismiss Without Prejudice [ECF No. 5] is **GRANTED**.

2. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 17, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court